**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>    Defendant. | Case No. 2:21-cv-00394-JCM-NJK<br><br>**ORDER** |

The instant case was recently removed to this Court. *See* Docket No. 1. Prior to its removal, on November 17, 2020, Defendant filed a motion to dismiss in state court. *See* Docket No. 1-1 at 12. Further, on December 4, 2020, Defendant filed an answer in state court. *See id.* at 28. Accordingly, the parties are hereby **ORDERED** to file a joint proposed discovery plan no later than March 17, 2021. *See* Local Rule 26-1(a).

IT IS SO ORDERED.

Dated: March 10, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1