JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WALTON,<br><br>            Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. A/K/A KROGER AND DOES I-V, AND ROE CORPORATIONS, I-V, INCLUSIVE,<br><br>            Defendants. | Case No.  2:21-cv-00394-JCM-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties and their counsel of record participated in a private mediation on November 1, 2021 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DAVID WALTON, by and through his attorney of record, Michael A. Kristof, Esq., of the law firm KRISTOF LAW GROUP, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. This case and all claims of DAVID WALTON against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

CLAC 6637263.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 24th day of January , 2022.

| KRISTOF LAW GROUP | COOPER LEVENSON, P.A |
|---|---|
| /s/ Michael A. Kristof<br>MICHAEL A. KRISTOF, ESQ.<br>Nevada Bar No. 007780<br>1055 Whitney Ranch Drive – Suite 220<br>Henderson, Nevada  89014<br>(702) 703-2838<br>Attorney for Plaintiff<br>DAVID WALTON | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:  January 26, 2022      _____

2

CLAC 6637263.1